Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>WATER WIND & SKY, LLC,<br><br>Debtor. | District Court Case No. 23-cv-00299-JNW<br>District Court Case No. 23-cv-00403-JNW |
| WATER WIND & SKY, LLC, a Washington limited liability company,<br><br>Plaintiff/Appellant,<br><br>v.<br><br>MGP BEACON GUARANTY, LLC, a Nevada limited liability company,<br><br>Defendant/Appellee. | Bankruptcy/Adversary Nos.: USBC 22-10752, Adv. 22-01025<br><br>Internal Appeal No. 23-S003<br><br>SECOND STIPULATED MOTION AND ORDER REGARDING STAY |

The parties to the above-captioned U.S. District Court matters (the "Actions"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on March 24, 2023, Judge Timothy Dore of the U.S. Bankruptcy Court for the Western District of Washington issued a Judgment from Trial in Adversary No. 22-01025-TWD, and also issued rulings on certain post-trial motions in the same proceeding;

WHEREAS, both parties have filed Notices of Appeal in connection with the judgment entered and decisions made on March 24, 2023;

SECOND STIPULATED MOTION AND ORDER REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-00403-JNW) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

WHEREAS, the parties have engaged in settlement discussions in an attempt to facilitate a global resolution of all disputes between them;

WHEREAS, the parties have previously received a 30-day stay of appellate deadlines in order to facilitate those discussions;

WHEREAS, the present stay expires on May 5, 2023;

WHEREAS, the parties' settlement discussions are continuing and the parties presently expect those discussions to conclude in the near term;

WHEREAS, the parties have agreed that it would conserve party and judicial resources and be in the parties' mutual interest to seek an additional stay all of appellate deadlines while the parties continue to discuss settlement.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel and subject to the approval of this Court, that the Actions shall be stayed for an additional 30-day period.

IT IS SO STIPULATED.

DATED this 3rd day of May, 2023.

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Claire Martirosian*
    Claire Martirosian, WSBA No. 49528

By: *s/ Elisabeth J. Guard*
    Elisabeth J. Guard, WSBA No. 52634

600 University Street, Suite 2700
Seattle, WA 98101
P: (206) 467-1816
cmartirosian@mcnaul.com
eguard@mcnaul.com
*Attorneys for Plaintiff/Appellant*
*Water Wind & Sky LLC*

SECOND STIPULATED MOTION AND ORDER REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-00403-JNW) – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

SNELL & WILMER L.L.P.

By: *s/ Josh A. Rataezyk*
    Josh A. Rataezyk, WSBA No. 33046

By: *s/ Amit D. Ranade*
    Amit D. Ranade, WSBA No. 34878

506 Second Avenue, Suite 1400
Seattle, WA 98104
P: (425) 748-5055
jrataezyk@swlaw.com
aranade@swlaw.com
*Attorney for Defendant/Appellee
MGP Beacon Guaranty, LLC*

SECOND STIPULATED MOTION AND ORDER REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-00403-JNW) – Page 3

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

# ORDER

IT IS SO ORDERED.

DATED this 9th day of May, 2023.

Jamal N. Whitehead
United States District Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By:  *s/ Claire Martirosian*
 Claire Martirosian, WSBA No. 49528

By:  *s/ Elisabeth J. Guard*
 Elisabeth J. Guard, WSBA No. 52634
 cmartirosian@mcnaul.com
 eguard@mcnaul.com
 *Attorneys for Plaintiff/Appellant*
 *Water Wind & Sky LLC*

SNELL & WILMER L.L.P.

By:  *s/ Josh A. Rataezyk*
 Josh A. Rataezyk, WSBA No. 33046

By:  *s/ Amit D. Ranade*
 Amit D. Ranade, WSBA No. 34878
 jrataezyk@swlaw.com
 aranade@swlaw.com
 *Attorney for Defendant/Appellee*
 *MGP Beacon Guaranty, LLC*

SECOND STIPULATED MOTION AND ORDER REGARDING STAY (Cause No. 23-cv-00299-JNW and 23-cv-00403-JNW) – Page 4

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816