Hon. Jamal N. Whitehead

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | District Court Case No. 23-299 |
| WATER WIND & SKY, LLC, | |
| Debtor. | |
| WATER WIND & SKY, LLC, a Washington limited liability company, | Bankruptcy/Adversary Nos.: USBC 22-10752, Adv. 22-01025 |
| Plaintiff/Appellant, | Internal Appeal No. 23-S003 |
| v. | STIPULATED MOTION AND ORDER TO DISMISS APPEAL |
| MGP BEACON GUARANTY, LLC, a Nevada limited liability company, | NOTED FOR CONSIDERATION: JUNE 7, 2023 |
| Defendant/Appellee. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Plaintiff Water Wind & Sky, LLC ("WWS") and Defendant MGP Beacon Guaranty, LLC ("MGP"), by and through their counsel of record, stipulate and respectfully request that the Court dismiss the above-referenced appeal with prejudice, and with each party to bear its own fees and costs.

STIPULATED MOTION TO DISMISS APPEAL – Page 1

LAW OFFICES OF
MᴄNᴀᴜʟ Eʙᴇʟ Nᴀᴡʀᴏᴛ & Hᴇʟɢʀᴇɴ ᴘʟʟᴄ
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1    DATED this 7th day of June, 2023.

2                              McNAUL EBEL NAWROT & HELGREN PLLC

3                              By:  *s/ Claire Martirosian*
                                       Claire Martirosian, WSBA No. 49528
4
                               By:  *s/ Elisabeth J. Guard*
5                                      Elisabeth J. Guard, WSBA No. 52634

6                              600 University Street, Suite 2700
                               Seattle, WA 98101
7                              P: (206) 467-1816
                               cmartirosian@mcnaul.com
8                              eguard@mcnaul.com

9                              *Attorneys for Plaintiff/Appellant*
                               *Water Wind & Sky LLC*
10
                               SNELL & WILMER L.L.P.
11
                               By:  *s/ Josh A. Rataezyk*
12                                     Josh A. Rataezyk, WSBA No. 33046

13                             By:  *s/ Amit D. Ranade*
                                       Amit D. Ranade, WSBA No. 34878
14
                               506 Second Avenue, Suite 1400
15                             Seattle, WA 98104
                               P: (425) 748-5055
16                             jrataezyk@swlaw.com
                               aranade@swlaw.com
17
                               *Attorney for Defendant/Appellee*
18                             *MGP Beacon Guaranty, LLC*

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS APPEAL – Page 2

1

## <u>ORDER</u>

2

**IT IS SO ORDERED**

3

DATED this 9th day of June, 2023.

4

5

6
_____

7
Jamal N. Whitehead
United States District Judge

8

9
Presented by:

10
McNAUL EBEL NAWROT & HELGREN PLLC

11
By: _s/ Claire Martirosian_____

12
    Claire Martirosian, WSBA No. 49528

13
By: _s/ Elisabeth J. Guard_____
    Elisabeth J. Guard, WSBA No. 52634

14
    cmartirosian@mcnaul.com
    eguard@mcnaul.com

15
*Attorneys for Plaintiff/Appellant*
*Water Wind & Sky LLC*

16

17
SNELL & WILMER L.L.P.

18
By: _s/ Josh A. Rataezyk_____
    Josh A. Rataezyk, WSBA No. 33046

19
By: _s/ Amit D. Ranade_____

20
    Amit D. Ranade, WSBA No. 34878
    jrataezyk@swlaw.com

21
    aranade@swlaw.com

22
*Attorney for Defendant/Appellee*
*MGP Beacon Guaranty, LLC*

23

24

25

26

STIPULATED MOTION TO DISMISS APPEAL – Page 3